## GUILTY PLEA FELONY CRIMINAL INFORMATION:

| | | | |
|---|---|---|---|
| Time Set: | 2:00 p.m. | Date: | 8/21/2023 |
| Started: | 2:08 pm | Presiding Judge: | Douglas E. Miller |
| Ended: | 2:53 pm | Courtroom Deputy: | Cristi Dodge |
| | | Reporter: | Paul McManus, OCR |
| | | U.S. Attorney: | Joe Depadilla / Madison Albrecht |
| | | Defense Counsel: | Diane Toscano |
| | | ( x ) Retained ( ) Court appointed ( ) AFPD | |
| | | Interpreter: | |
| | | U.S. Probation Officer: | Tara Gill |

Case Number:   2:23cr101
USA v   Jeron D'Nell Cephus     ( ) in custody     ( ) on bond

- (X) Initial Appearance on Criminal Information
- (X) Consent to Proceed before a U.S. Magistrate Judge pursuant to Rule 11, executed and filed in open court.
- (X) Defendant sworn.     (X) Oral admonition as required by the DPPA given to the prosecutor.
- (X) Waiver of Indictment executed and filed in open court.
- (X) Court advised defendant of rights, charges, and maximum penalties. Defendant acknowledged he/she understood.
- (X) Plea agreement reviewed and executed and filed in open court.     ( ) No plea agreement
- (X) Court inquired as to voluntariness of plea.
- (X) Court inquired as to threats or promises.
- (X) Court advised defendant that by pleading guilty the right to a trial by jury is waived.
- (X) Defendant entered plea of guilty as to Count (s) _1-3 of criminal information_
- (X) Defendant satisfied with services of counsel.
- (X) Court inquired Re: Plea Negotiations
- (X) Government presented factual basis thru summary by _statement of facts_
- (X) Statement of Facts executed and filed in open court.
- (X) Continued for pre-sentence report.
- (X) Court explained that by pleading guilty right to appeal is waived pursuant to plea agreement.
- (X) Sentencing set: 2/8/24 before U.S. District Judge _AWA_
     ( X Norfolk 11 am ) Newport News
- (X) Unsigned Sentencing Procedure Order provided to defendant.
- (X) Sentencing Procedure Order entered and filed in open court.
- (X) Report and Recommendation Concerning Plea of Guilty entered and filed in open court.
- ( ) Court ( ) Finds ( ) Withholds finding defendant guilty as charged in Count(s) _____
- (X) Bond set _P/R_     (X) See Special Conditions of Release
- ( ) Defendant continued on bond.     ( ) See Additional Conditions of Release
- ( ) Defendant remanded to custody of Marshal.
- ( ) _____
- ( ) _____
- ( ) _____

## CONDITIONS OF RELEASE

(X) The defendant shall submit to supervision by and report to the U.S. Probation Office.
( ) The defendant is directed to seek and maintain verifiable employment as directed by the Probation Office.
( ) The defendant is directed to surrender any passport to the Probation Office.
( ) The defendant is prohibited from obtaining any passport.
( ) Travel is restricted to:_____
       ( ) with travel between the two for purposes of court appearances and meetings with counsel by the most direct route.
( ) The defendant is directed to avoid all contact direct or indirectly with alleged victims, and/or potential witnesses and/or co-conspirators in the investigation or prosecution, ( ) including but not limited to any child under the age 18, unless in the company of an informed adult approved by the U.S. Probation, including
(X) The defendant is directed to maintain residence at: __Chambers St Norfolk, VA__ ; report any change of address to Probation.
(X) __Deborah Murill-Cephus (mother)__ is directed to serve as third-party custodian.
(X) The defendant is prohibited from possessing a firearm, destructive device, or other dangerous weapon.
( ) The defendant is directed to refrain from excessive use of alcohol.
(X) The defendant is directed to refrain from any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. 802 unless prescribed by a licensed medical practitioner.
( ) The defendant shall submit to method of testing required by the probation officer or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and or any form of prohibited substance screening or testing.
( ) The defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the probation officer or supervising officer.
(X) The defendant shall participate in an evaluation to assess the presence, nature and severity of a substance abuse problem, and submit to treatment if deemed necessary by the treatment provider and U.S. Probation Office.
( ) The defendant is directed to submit to electronic monitoring (with/without) GPS, ( ) Curfew ( ) Home Detention ( ) Home Incarceration (with/without) time outs as directed by the U.S. Probation Office, at the expense of the defendant.
( ) The defendant shall comply with a specified curfew from _____ to _____ or as specified by the U.S. Probation Office.
(X) The defendant shall report as soon as possible to the probation officer or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
( ) The defendant must provide the Probation Officer access to any requested financial information and authorize the release of any financial information.
( ) The defendant shall notify current or future employers of charged offense ( ) and provide contact information for individual responsible for internet monitoring at place of employment.
( ) The defendant must not incur new credit charges, or apply for or open additional lines of credit, loans, or financial or bank accounts without the prior approval of the probation office.
( ) The defendant must not engage in any occupation that would require or enable access to the personal identity or financial information of others without the prior approval of the probation office.
( ) Adam Walsh Conditions.
(X) The defendant shall submit to mental health ~~and/or sex offender~~ evaluation and treatment as directed by the U.S. Probation Office.
( ) The defendant shall not use, have possession or access any to computer or internet, bulletin board, or chat room.
(X) Refrain from obstructing or attempting to obstruct or tamper with the
( ) efficiency, accuracy of any prohibited substance abuse testing
( ) which is required as a condition of release.